IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-77-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER DIRECTING ISSUANCE OF SUMMONS AND SETTING ARRAIGNMENT AND ENTRY OF PLEA HEARING** |
| vs. | |
| LAWRENCE JACE KILLSBACK, | |
| Defendant. | |

Upon Petition of Bryan T. Dake, Assistant United States Attorney for the District of Montana, and good cause appearing,

IT IS ORDERED that the Clerk of This Court will issue a summons directing the defendant, **Lawrence Jace Killsback**, to appear before the Court for arraignment on Monday, July 8, 2019, at 9:00 a.m. in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana. The defendant will subsequently appear for an entry of plea. The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge